UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHARUNDA LYNETTE PREVO | CIVIL ACTION NO. 16-1175 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JIMMY TEAT | MAGISTRATE JUDGE HAYES |

**MEMORANDUM ORDER**

Before the Court is Plaintiff's "Request for Expedited Injunctive Relief," which is contained as part of the complaint. See Record Document 1. To obtain expedited injunctive relief, Plaintiff would have to show (1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable injury absent an injunction, (3) that the threatened injury would exceed any harm that would flow from the injunction, and (4) that the injunction would not undermine the public interest. See Walgreen Co. v. Hood, 275 F.3d 475, 477 (5th Cir. 2001). Because Plaintiff has failed to make such a showing, the Request for Expedited Injunctive Relief is **DENIED**.

Plaintiff is ordered to serve the Defendant with the "Civil Action Complaint and Request for Expedited Injunctive Relief" (Record Document 1) in accordance with the Federal Rules of Civil Procedure, and to file proof of such service in the record. Once the Defendant has appeared, the Court will take up further proceedings.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 18th day of August, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE